· SOWERS v. WENDEROTT *et al.*

No. 3873.  Opinion Filed January 12, 1915.

(145 Pac. 805.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.**  Where plaintiff in error fails and neglects to· file brief as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Sharp, C.)

*Error from County Court, Kiowa County;*

*J. W. Mansell, Judge.*

Action by John Wenderott against L. C. West and others. Judgment for plaintiff, and defendant J. T. Sowers brings error. Dismissed.

*Rummons & Logan,* for plaintiff in error.

*Hays, Carpenter & Hughes* and *Zink & Cline,* for defendants in error.

Opinion by SHARP, C.  The petition in error and case-made were filed in this court April 24, 1912, and the cause regularly submitted October 13, 1914.  The plaintiff in error has failed to file or serve briefs, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), and the appeal should therefore be dismissed.  *Douglas v. Clayton Townsite Co.,* 29 Okla. 9, 115 Pac. 1016; *Turner Hdw. Co. v. John Deere Plow Co.,* 39 Okla. 633, 136 Pac. 417.

By the Court:  It is so ordered.